UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-61480-ZLOCH

GARFIELD SPENCE,

    Plaintiff,

vs.

101 LIQUOR AND WINE CENTER CORP. and
DAWIM OAKLAND PARK, LLC,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, GARFIELD SPENCE ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, 101 LIQUOR AND WINE CENTER CORP. and DAWIM OAKLAND PARK, LLC.

    Plaintiff and Defendants, 101 LIQUOR AND WINE CENTER CORP. and DAWIM OAKLAND PARK, LLC, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.

Respectfully submitted this 10th day of September, 2015.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 10th day of September, 2015.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com